MORRIS GOLDSTEIN, as Administrator, etc., of HAROLD GOLDSTEIN, Deceased, Appellant, v. STEPHEN H. ST. JOHN, Respondent.— Judgment and order affirmed, with costs. All concur.

JAMES J. EGAN, Respondent, v. H. H. FRANKLIN MANUFACTURING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

ANNIE E. V. ABBS, Individually and as Trustee under the Last Will and Testament of GEORGE VASSAR, SR., Appellant, v. WILLIAM J. VASSAR, Respondent, and GEORGE VASSAR, JR., Appellant, Individually and as Trustees, etc., Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concur.

EMORY GIFFORD, as Executor, etc., of AUGUSTUS C. GIFFORD, Deceased, Respondent, v. ADDIE MCCULLOUGH, Appellant.— Judgment affirmed, with costs. All concur.

EMORY GIFFORD, as Executor, etc., of AUGUSTUS C. GIFFORD, Deceased, Respondent, v. EMMA PERKINS, Appellant.— Judgment affirmed, with costs. All concur.

WLADYSLAW GOBRYS, an Infant, by JOSEPH GOBRYS, His Guardian ad Litem, Respondent, v. UTICA GAS AND ELECTRIC COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN B. HEISLER, Appellant.— Appeal dismissed, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LEWANDOWSKI, Appellant.— Motion granted and appeal dismissed.

GEORGE A. ARMSTRONG, Respondent, v. JEROME S. NEWMAN, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, v. S. A. COOK & COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of Proving the Last Will and Testament of JAMES S. VALENTINE, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Probate of the Last Will and Testament of JOHN B. PALMER, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Judicial Construction of the Last Will and Testament of ALMA M. JOHNSON NORENE, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

JAMES C. FIELDS, Appellant, v. FRONTIER ELEVATOR AND MILL COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

EMMA J. O'BRIEN, as Administratrix, etc., Appellant, v. FRANK C. CADY, Respondent.— Motion granted and appeal dismissed, with costs.

JOSEPH C. GENGO, Appellant, v. SENECA IRON AND STEEL COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

THOMAS J. OVERHISER, Appellant, v. JAMES L. ROLFE, Respondent.— Motion granted and appeal dismissed, without costs.